| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 <br><br> ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **International Perfect Trading Corp.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-2871227** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **7801 W 60th Place** <br> **Summit, IL 60501** <br> Number, Street, City, State & ZIP Code <br><br> **Cook** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

__4810__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>■ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 13, 2016**
MM / DD / YYYY

X **/s/ Radoslaw K. Konder**
Signature of authorized representative of debtor

**Radoslaw K. Konder**
Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ O. Allan Fridman**
Signature of attorney for debtor

Date **January 13, 2016**
MM / DD / YYYY

**O. Allan Fridman**
Printed name

**Law Office of Allan Fridman**
Firm name

**555 Skokie Blvd 500**
**Northbrook, IL 60062**
Number, Street, City, State & ZIP Code

Contact phone  **847-412-0788**    Email address  **allan@fridlg.com**

**6274954**
Bar number and State

.

Adam Rozkiewicz
668 N Martha
Lombard, IL 60148


Commercial Fleet Financing, Inc.
1445 Mac Arthur Dr. Suite 216
Carrollton, TX 75007


Daimler Truck Financial
Mercedes Benz Financial Services
13650 Hertiage PArkway
Fort Worth, TX 76177


Elzbieta Luba
425 Chippendale Dr
Bartlett, IL 60103


Grazyna Giminska
3008 N Ashland
Woodstock, IL 60098


Grzegorz Zygmunt
5013 S Luna Ave
Chicago, IL 60638


Halina Janusz
9010 Roberts RD
Apt B
Hickory Hills, IL 60457


Irena Koziol
2359 Oak Tree Lane
Park Ridge, IL 60068


Jan Horowski
8626 Rutherford
Burbank, IL 60459


Jan Nicalek
45 Sawgras Dr
Lemont, IL 60439

```
Janina Gronska
7530 W 111 St
Apt 2 A
Worth, IL 60482


Jozef Fryzlewicz
8573 W 101 Terrace
Unit 207
Palos Hills, IL 60465


Jozef Gicala
7722 W Belmont Ave
Chicago, IL 60634


Jozef Janik
7346 W 57 Place
Summit Argo, IL 60501


Jozef Nesterak
8802 W 86th St
Justice, IL 60458


Kazimierz Bujno
5226 W Barry
Chicago, IL 60641


Krystyna Pawlowska
6500 W Dakin
Chicago, IL 60634


Lech Murawski
5407 N Northwest HWY
Chicago, IL 60630


Maria Moczydlowska
23 East Clarendon
Round Lake, IL 60073


Maria Ozog
6147 Melrose
Chicago, IL 60634


Martin Gawenda
945 W 129th Place
Chicago, IL 60643
```

```
Mieczyslaw Cisek
7401 Summit Rd
Darien, IL 60561


Paul Salamucha
246 Toga
Bensenville, IL 60106


Pitor Kaczmarek
3401 W Maple Street
Evergreen Park, IL 60805


Radolsaw Konder
10302 W 195th Street
Mokena, IL 60448


Radoslaw Franczak
4928 N Overhill
Norridge, IL 60706


Rafal Kszczotek
4 N School St
Mount Prospect, IL 60056


Republic Bank of Chicago
2221 Camden Court
Oak Brook, IL 60523


Santander Bank NA
3 Huntington Qaud Suite 101
Melville, NY 11747


Second City Leasing
3351 W Addison
Chicago, IL 60618


Stanislaw Cichorz
6405 W 92nd St
Oak Lawn, IL


Stanislaw Lazarski
710 71 St
Darien, IL 60561
```

```
Stanislaw Zachara
1717 W Crystal Lane
Mount Prospect, IL 60056


Wanda Baginska
4830 N Linder Ave
Apt 1 b
Chicago, IL 60630


Zdzislaw Rochnowski
9011 W Grand
River Grove, IL 60171


Zinovit Tarakh
1218 S Clarence
Berwyn, IL 60402
```

# United States Bankruptcy Court
### Northern District of Illinois

In re: **International Perfect Trading Corp.**
Debtor(s)

Case No.
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **International Perfect Trading Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 13, 2016**
Date

/s/ O. Allan Fridman
**O. Allan Fridman 6274954**
Signature of Attorney or Litigant
Counsel for **International Perfect Trading Corp.**
**Law Office of Allan Fridman**
**555 Skokie Blvd 500**
**Northbrook, IL 60062**
**847-412-0788 Fax:847-412-0898**
**allan@fridlg.com**